IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00189-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON JUNIOR JOHNSON,

    Defendant.
_____

## MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing in this matter is rescheduled for **July 16, 2010 at 11:00 a.m.** All other provisions of the Minute Order dated May 5, 2010 [Docket No. 12] shall remain in effect.

    DATED May 19, 2010.