IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00189-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEON JUNIOR JOHNSON,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the trial scheduled to begin **June 28, 2010 at 8:00 a.m.** is VACATED.

    DATED June 25, 2010.